# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CELLCAST TECHNOLOGIES, LLC<br><br>and<br><br>ENVISIONIT LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>    Third-party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 15-1307<br>)<br>) Judge Ryan T. Holte<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT PROPOSING A SCHEDULE IN RESPONSE TO THE COURT'S ORDER OF FEBRUARY 25, 2021

Plaintiffs, CellCast Technologies, LLC and EnvisionIT (collectively, "Plaintiffs") and defendant, the United States and third party defendant, International Business Machines Corporation (collectively, "Defendants" and, collectively with Plaintiffs, "the Parties") jointly propose the following schedule, pursuant to the Court's order dated February 25, 2021 (Docket No. 175), and respectfully request the Court adopt, the following schedule:

| Event | Date: |
|---|---|
| Deadline for the Parties to Engage in Mediation[1] | May 7, 2021 |
| Opening Expert Reports Due | May 31, 2021 |

---

[1] Plaintiffs and Defendants note that they have agreed to a more extended schedule for expert discovery than they originally proposed, only because: 1) Defendants raised scheduling conflicts, and 2) the added time provides an opportunity for Plaintiffs and the government to attempt to mediate this case.

| Event | Date: |
|---|---|
| Rebuttal Expert Reports Due | August 9, 2021 |
| Reply Expert Reports Due | September 20, 2021 |
| Close of Expert Discovery | October 11, 2021 |
| Motions for Summary Judgment Due | November 15, 2021 |

Defendants respectfully state that there are two motions that they anticipate filing in the near future: a motion by Defendants to supplement their invalidity contentions and a motion by the government for invalidity of the asserted patents under 35 U.S.C. 101. Plaintiffs anticipate opposing Defendants' anticipated motions.

Plaintiffs respectfully ask the Court to set a date for a liability trial in this case to occur during the summer of 2022. Defendants propose that the Court maintain the approach provided for in the previous scheduling order (*i.e.* that a scheduling conference to discuss the trial would occur within fourteen (14) days after the Court's summary judgment decision).

Respectfully submitted,

/s/ Peter J. Chassman
PETER J. CHASSMAN
Texas Bar No. 00787233
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3885
Facsimile: (713) 469-3889
E-mail: pchassman@reedsmith.com

*Attorneys for CellCast Technologies, LLC and EnvisionIT, LLC*

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

GARY L. HAUSKEN
Director

/s/ Joshua I. Miller
JOSHUA I. MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Tel: (202) 353-0526
Fax: (202) 307-0345

joshua.miller2@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

/s/ *Mark J. Abate*
Mark J. Abate
Calvin E. Wingfield Jr.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8000
Fax: (212) 355-3333
mabate@goodwinprocter.com
cwingfield@goodwinprocter.com

*Counsel for International Business*
*Machines Corporation*